| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA  92501<br>(951) 826-8000   FAX (951) 826-8090<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Chapter 13 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>JENNIFER DAWN FUENTES,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:24-bk-12943-WJ<br>CHAPTER: 13<br><br>**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) CHAPTER 13 TRUSTEE                                                                 ,
   filed a motion or application (Motion) entitled CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CHAPTER 13
   CASE FOR FAILURE TO MAKE PLAN PAYMENTS                                                      .

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):

   ☒ The full Motion is attached to this notice; or

   ☐ The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion.  The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                                    Page 1                    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b. If you fail to comply with this deadline:

(1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2) Movant will lodge an order that the court may use to grant the Motion; and

(3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 08/22/2024

/s/Rod Danielson
Signature of Movant or attorney for Movant

Rod Danielson, Chapter 13 Trustee
Printed name of Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                     Page 2                      F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

1  ROD DANIELSON, Chapter 13 Trustee
   Bridget Kelly, 256197
2  3787 University Avenue
   Riverside, CA   92501
3  (951) 826-8000   FAX (951) 826-8090

4

5

6

7

8

UNITED STATES BANKRUPTCY COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

RIVERSIDE DIVISION

11

12  IN RE:  ) Case No.: 6:24-bk-12943-WJ
        )
13      ) Chapter 13
        )
14  JENNIFER DAWN FUENTES,  ) **CHAPTER 13 TRUSTEE'S MOTION TO**
        ) **DISMISS CHAPTER 13 CASE FOR**
15      ) **FAILURE TO MAKE PLAN PAYMENTS**
        )
16        Debtor.  )
        ) (No hearing required)
17      )

18      Dismissal is requested pursuant to 11 U.S.C. § 1307(c)(1) and LBR 3015-1(k)(4) for

19  unreasonable delay for failure to timely make all plan payments due.  Since the filing of this

20  petition, the following plan payments have come due and have been paid by the debtor:

21

22

| **AMOUNT DUE** | **DUE DATE** | **AMOUNT PAID** | **PAYMENT DATE** |
|---|---|---|---|
| $270 | 6/28/24 | $280 | 6/27/24 |
| $1,624 | 7/28/24 | | |

23

24

25

*See* Exhibit A.  The plan payments have not been timely made, and any cure of the $1,614 delinquency will not be able to remedy the late payments.  If the debtor is unable to timely make her plan payments after having just filed her petition a few months ago, it appears the plan is infeasible and she should discuss non-bankruptcy options with her attorney.

       For all the foregoing reasons, the Chapter 13 Trustee requests the case be dismissed.

Dated:  August 22, 2024            /s/Rod Danielson
                                        ROD DANIELSON, Chapter 13 Standing Trustee

# DECLARATION OF BRIDGET KELLY

I, BRIDGET KELLY, declare as follows:

1. I am an attorney licensed by the State of California to practice law. I am a Staff Attorney for Rod Danielson, Chapter 13 Standing Trustee for the Riverside Division of the United States Bankruptcy Court for the Central District of California. I am admitted to practice before the District Court for the Central District of California.

2. I have personally reviewed the files, records, and documents in this case and I am familiar with the facts contained in those documents. If called as a witness, I could and would be able to testify as to the facts contained therein.

3. As of today's date, the debtor has paid only the first plan payment due. A true and correct copy of the Status Report and TFS website transaction printout are attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed by me at Riverside, California.

DATED: August 22, 2024

*Bridget Kelly*

Bridget Kelly

Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:24-bk-12943-WJ  AS OF 8/22/2024

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 06/27/24 | $280.00 | 08/2024 | $0.00 |
| | | 07/2024 | $0.00 |
| | | 06/2024 | $280.00 |
| | | 05/2024 | $0.00 |
| | | 04/2024 | $0.00 |
| | | 03/2024 | $0.00 |
| | | 02/2024 | $0.00 |
| | | 01/2024 | $0.00 |
| | | 12/2023 | $0.00 |
| | | 11/2023 | $0.00 |
| | | 10/2023 | $0.00 |
| | | 09/2023 | $0.00 |

JENNIFER DAWN FUENTES
27176 RAINBOW CREEK
TEMECULA, CA  92591

CURRENT CASE DISPOSITION: **ACTIVE**

| | | | | | |
|---|---|---|---|---|---|
| FILING DATE: | 05/28/2024 | MONTHLY PLAN PMT AMT: | $1,624.00 | FEES PAID TO ATTY: | $0.00 |
| 1ST MEETING DATE: | 06/26/2024 | GROSS RECEIPTS: | $280.00 | FEES PAID TO TRUSTEE: | $28.00 |
| CONFIRMATION DATE: | 01/01/1900 | REFUNDS FR CREDITORS: | $0.00 | REFUNDS TO DEBTOR: | $0.00 |
| TERM OF PLAN: | 60 MONTHS | NET PAID CREDITORS: | $0.00 | BALANCE ON HAND: | $252.00 |
| PERCENT TO UNSEC.: | 0.00% | | | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | BROTHERS LAW GROUP, LLP | ATTORNEY FEE | N/A | $2,500.00 | $2,500.00 | $0.00 | $0.00 | $2,500.00 |
| 0001 | 2ND CHANCE MORTGAGES INC | MORTGAGE ARREARS | 0.00 | $3,382.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0002 | NORTHROP GRUMMAN | VEHICLE ARREARS | 0.00 | $1,890.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | PENNYMAC LOAN SERVICES, LLC | MORTGAGE ARREARS | 0.00 | $3,703.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | TOYOTA FINANCIAL SERVICES | VEHICLE ARREARS | 0.00 | $1,050.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0005 | AFFIRM, INC. | UNSECURED | 0.00 | $1,756.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0006 | AFFIRM, INC. | UNSECURED | 0.00 | $634.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0007 | AFFIRM, INC. | UNSECURED | 0.00 | $502.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0008 | AFFIRM, INC. | UNSECURED | 0.00 | $366.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0009 | AFFIRM, INC. | UNSECURED | 0.00 | $246.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0010 | AFFIRM, INC. | UNSECURED | 0.00 | $231.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | AFFIRM, INC. | UNSECURED | 0.00 | $219.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | AFFIRM, INC. | UNSECURED | 0.00 | $202.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0013 | AFFIRM, INC. | UNSECURED | 0.00 | $198.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0014 | AFFIRM, INC. | UNSECURED | 0.00 | $195.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0015 | AFFIRM, INC. | UNSECURED | 0.00 | $180.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0016 | AFFIRM, INC. | UNSECURED | 0.00 | $143.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0017 | AFFIRM, INC. | UNSECURED | 0.00 | $114.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0018 | AFFIRM, INC. | UNSECURED | 0.00 | $68.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0019 | AFFIRM, INC. | UNSECURED | 0.00 | $56.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0020 | AFFIRM, INC. | UNSECURED | 0.00 | $29.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0021 | ASPIRE CREDIT CARD | UNSECURED | 0.00 | $1,553.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0022 | AVANT/WEBBANK | UNSECURED | 0.00 | $1,221.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0023 | CAPITAL ONE | UNSECURED | 0.00 | $5,697.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0024 | CAPITAL ONE | UNSECURED | 0.00 | $2,394.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0025 | CFNA | UNSECURED | 0.00 | $2,429.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0026 | COASTL/PROSP | UNSECURED | 0.00 | $68.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0027 | COMENITY BANK/KAY JEWELERS | UNSECURED | 0.00 | $1,220.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0028 | COMENITY BK/ULTA | UNSECURED | 0.00 | $587.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0029 | COMENITY CAPITAL/FAMOUS | UNSECURED | 0.00 | $233.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0030 | COMENITY/BURLINGTON | UNSECURED | 0.00 | $517.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0031 | COMENITYBANK/VENUS | UNSECURED | 0.00 | $41.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0032 | CONTINENTAL FINANCE CO | UNSECURED | 0.00 | $1,025.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0033 | COUNTY OF RIVERSIDE | UNSECURED | 0.00 | $1,755.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0034 | CREDIT ONE BANK | UNSECURED | 0.00 | $908.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0035 | DMV | UNSECURED | 0.00 | $525.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0036 | ENVISION PHYSICIAN SERVICE | UNSECURED | 0.00 | $1,476.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0037 | FIRST SAVINGS BANK | UNSECURED | 0.00 | $643.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0038 | FORTIVA | UNSECURED | 0.00 | $1,088.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0039 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | $866.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0040 | HOME CREDIT USA | UNSECURED | 0.00 | $570.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0041 | KOHL'S | UNSECURED | 0.00 | $3,007.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0042 | MERRICK BANK CORP | UNSECURED | 0.00 | $2,259.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0043 | NAVIENT | UNSECURED | 0.00 | $60,871.00 | $0.00 | $0.00 | $0.00 | $0.00 |

EXHIBIT A

Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:24-bk-12943-WJ  AS OF 8/22/2024

### CONTINUED

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| 0044 | NAVIENT | UNSECURED | 0.00 | $18,301.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0045 | NAVIENT | UNSECURED | 0.00 | $17,265.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0046 | NAVIENT | UNSECURED | 0.00 | $15,451.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0047 | NAVIENT | UNSECURED | 0.00 | $15,296.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0048 | NAVIENT | UNSECURED | 0.00 | $15,040.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0049 | NAVIENT | UNSECURED | 0.00 | $12,883.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0050 | NAVIENT | UNSECURED | 0.00 | $8,217.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0051 | NAVIENT | UNSECURED | 0.00 | $4,015.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0052 | NAVIENT | UNSECURED | 0.00 | $3,929.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0053 | NAVIENT | UNSECURED | 0.00 | $3,912.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0054 | NAVIENT | UNSECURED | 0.00 | $3,325.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0055 | NAVIENT | UNSECURED | 0.00 | $1,014.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0056 | NAVIENT | UNSECURED | 0.00 | $959.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0057 | NAVIENT | UNSECURED | 0.00 | $727.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0058 | NORTHROP GRUMMAN | UNSECURED | 0.00 | $5,068.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0059 | NORTHROP GRUMMAN | UNSECURED | 0.00 | $9,668.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0060 | NORTHROP GRUMMAN FCU | UNSECURED | 0.00 | $5,086.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0061 | NORTHROP GRUMMAN | UNSECURED | 0.00 | $5,031.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0062 | NORTHROP GRUMMAN FEDERAL CF | UNSECURED | 0.00 | $5,429.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0063 | NORTHROP GRUMMAN FEDERAL CF | UNSECURED | 0.00 | $4,424.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0064 | SUNBIT, INC | UNSECURED | 0.00 | $363.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0065 | SUNBIT FINANCIAL | UNSECURED | 0.00 | $351.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0066 | SUNBIT FINANCIAL | UNSECURED | 0.00 | $1,050.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0067 | SYNCB/CCDSTR | UNSECURED | 0.00 | $670.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0068 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | $1,614.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0069 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | $904.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0070 | SYNCHRONY BANK/HHGREGG | UNSECURED | 0.00 | $1,016.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0071 | SYNCHRONY/HSN | UNSECURED | 0.00 | $1,653.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0072 | TARGET NB | UNSECURED | 0.00 | $320.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0073 | VIVE FINANCIAL | UNSECURED | 0.00 | $5,010.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | | **$2,500.00** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.  IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.

FG:80 - 08/22/2024 - BK



EXHIBIT A

PAGE 2



Dashboard    Welcome, Rod Danielson (TR)    Language

## All Transactions for Jennifer Fuentes

**Name**
Jennifer Fuentes

**Address**
27176 Rainbow Creek, Temecula, CA, 92591

| Date Started | Date Cleared | Arrived at Trustee | Case Number | Transaction ID | Amount | Status | Description |
|---|---|---|---|---|---|---|---|
| June 20, 2024 | June 26, 2024 | June 27, 2024 | 24-12943 | 16265205 | $280.00 | Complete | Manual Debtor Payment |

# EXHIBIT A

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3787 University Avenue
Riverside, CA   92501

A true and correct copy of the foregoing document entitled (*specify*): (1) NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION, (2) CHAPTER 13 TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/22/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Jonathan D Doan    Ecf@doanlawfirm.com, jim@doanlawgroup.com;doanjr70033@notify.bestcase.com
Henry D Paloci    hpaloci@hotmail.com, hpaloci@calibankruptcy.com
Amitkumar Sharma    amit.sharma@aisinfo.com
Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 8/22/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JENNIFER FUENTES, 27176 RAINBOW CREEK, TEMECULA, CA 92591

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 8/22/24, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Wayne Johnson
3420 Twelfth Street
Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/22/2024 | Susan Jones | /s/Susan Jones |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                        **F 9013-3.1.PROOF.SERVICE**